UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23301-CV-KING/WHITE

GREGORY BUCKHOLTZ,

    Plaintiff,

v.

JAMES MCNEIL, et al.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE comes before the Court upon Magistrate Judge Patrick A. White's April 13, 2011 Report and Recommendation (DE #28). The matter was automatically referred by this Court to Magistrate Judge White for initial screening. Now, upon consideration of a subsequent Motion to Dismiss (DE #20) filed by Defendants Raydel Zamora and John Nyitray on February 20, 2011, Magistrate Judge White recommends that Defendants' Motion to Dismiss be denied, with the exception that Plaintiff's claims be permitted to proceed against Defendants only in their individual capacity. No objections were filed by either party to the Report and Recommendation.

Having independently reviewed the record, the Court concludes that Magistrate Judge White's Report and Recommendation is a thorough and accurate reflection of both the record and the law at issue. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Magistrate Judge Patrick A. White's Report & Recommendation (DE #28) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Defendants' Motion to Dismiss (DE #20) be **DENIED**, except that Plaintiff's claims for use of unlawful force against Defendants Zamora and Nyitray are limited to actions against them solely in their individual capacity.

3. The Defendants shall **ANSWER** the Amended Complaint **within 20 days** of this Order.

**DONE AND ORDERED** in Chambers, at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 10th day of May, 2011.

```
                          JAMES LAWRENCE KING
                          UNITED STATES DISTRICT JUDGE
```

Cc:

**Magistrate Judge Patrick A. White**

**Plaintiff,** *pro se*
**Gregory L. Buckholtz**
DC #649932
Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, FL 34956

**Counsel for Defendants**
**Anne McDonough**
Office of the Attorney General
PL-01, The Capital
Tallahassee, FL 32399
850-414-3300
Fax: 850-488-4872
Email: anne.mcdonough@myfloridalegal.com

**Susan A. Maher**
Office of Attorney General
Corrections Litigation Unit
The Capitol - PL01
Tallahassee, FL 32399-1050
(850) 414-3643
Fax: (850) 488-4872
Email: susan.maher@myfloridalegal.com